UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                               Civil No. 05-1099 (PAM/RLE)

                        Petitioner,

v.                                                                                           **ORDER**

John Hill,

                        Respondent.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson. No objections have been filed to that Report and Recommendation in the time period permitted. Thus, the Court **ADOPTS** the Report and Recommendation. Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Petition to Determine Present Medical Condition of an Imprisoned Person under Title 18 U.S.C. § 4245 (Clerk Doc. No. 1) is **GRANTED**; and

2. Respondent is committed to the custody of the United States Attorney General, who shall hospitalize him for treatment and care at FMC-Rochester until he is no longer in need of such custody for care or treatment, or until the expiration of the sentence of imprisonment, whichever occurs earlier.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 15, 2005

                                                                   s/ Paul A. Magnuson
                                                                   Paul A. Magnuson
                                                                   United States District Court Judge